No. 00–1305. KISMET INVESTORS, INC. *v.* COUNTY OF BENTON. Ct. App. Minn. Certiorari denied.

No. 01–144. FULTON COUNTY, GEORGIA, ET AL. *v.* FLANIGAN'S ENTERPRISES, INC. OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–785. SEARLES *v.* VAN BEBBER. C. A. 10th Cir. Certiorari denied.

No. 01–1277. KRILICH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–1292. EPILEPSY FOUNDATION OF NORTHEAST OHIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 01–1318. BZAPS, INC., DBA BUSTER'S BAR *v.* CITY OF MANKATO. C. A. 8th Cir. Certiorari denied.

No. 01–1380. SINYARD ET UX. *v.* ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 01–1456. RITTER ET AL. *v.* STANTON ET UX. Ct. App. Ind. Certiorari denied.

No. 01–1466. NEW YORK CITY HOUSING AUTHORITY *v.* DAVIS ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1468. PHONOMETRICS, INC. *v.* HOTEL CORPORATION OF THE PACIFIC, DBA ASTON HOTELS & RESORTS. C. A. Fed. Cir. Certiorari denied.

No. 01–1473. HUNT TRUCK LINES, INC. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1474. BLEDSOE *v.* NUCOR-YAMATO STEEL CO. C. A. 8th Cir. Certiorari denied.